## HEATON *v.* BUTLER ET AL.

APPEAL from the Decatur Common Pleas.

WORDEN, J.—The appellees in this case recovered a judgment below against Hiram Soloman and Thomas Heaton. Heaton alone appeals, errors being assigned in his name only as appellant. Soloman has not been notified, as required by statute. In accordance with numerous decisions of this court, the appeal must be dismissed. Besides this, the record comes up under the seal of the circuit court, instead of the court in which the proceedings were had.

The appeal is dismissed, at the costs of the appellant.

*C. Ewing* and *J. K. Ewing*, for appellant.

*J. S. Scobey* and *O. B. Scobey*, for appellees.

---

## THE GREENSBURGH, MILFORD, AND HOPE TURNPIKE COMPANY *v.* REED ET AL.

APPEAL from the Bartholomew Common Pleas.

PETTIT, C. J.—This case, in all legal aspects, is the same as that of *The Greensburgh, Milford, and Hope Turnpike Co.* v. *Sidener*, 40 Ind. 424.

The judgment is in all things affirmed, at the costs of the appellant.

*F. S. Hord*, for appellant.

*S. Stansifer*, for appellees.